1:24-cr-00015
Judge Franklin U. Valderrama
Magistrate Judge Maria Valdez
Cat. 3 / RANDOM

**FILED**

JAN 09 2024 MJW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. |
|---|---|
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| JEFFERY HOOD | **UNDER SEAL** |

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about October 19, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JEFFERY HOOD,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded American Tactical M1911GI .45 caliber semiautomatic pistol, bearing serial number GI128668, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, an American Tactical M1911GI .45 caliber semiautomatic pistol, bearing serial number GI128668, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY